IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06–cv–00680–EWN–CBS

NANCY J. MORGAN and
TIMOTHY J. MORGAN, M.D.,

    Plaintiffs,

v.

STEVE HAYNES,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiffs' Motion to Amend the Complaint (filed April 25, 2006; *doc. no. 8*) is **GRANTED**.  As of the date of this order, the Clerk's office is instructed to accept for filing, the amended Complaint and Jury Demand (*doc no. 9*) tendered to the court on April 25, 2006.

**DATED:**    April 27, 2006