IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06–cv–00680–EWN–CBS

NANCY J. MORGAN, and
TIMOTHY J. MORGAN, M.D.,

    Plaintiffs,

v.

STEVE HAYNES,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Defendant's Unopposed Motion to Vacate October 3, 2006, Hearing (*doc. no. 25)* is **GRANTED**. The motion hearing set for October 3, 2006, is **VACATED**.

**DATED:**    September 5, 2006