IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06–cv–00680–EWN–CBS

NANCY J. MORGAN, and
TIMOTHY J. MORGAN, M.D.,

    Plaintiffs,

v.

STEVE HAYNES,

    Defendant.

---

### MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Stipulated Motion (*doc. no. 45)* is **GRANTED**. As the court understands that Defendant has agreed to pay the first $3,000 of fees and costs in connection with a private mediation scheduled for January 4, 2007, the settlement conference set for November 28, 2006 is **VACATED**.

    IT IS FURTHER ORDERED that based upon parties representations at the preliminary pretrial conference on November 1, 2006, that they do not anticipate filing dispositive motions the court will not move the December 11, 2006, dispositive motion deadline.

    IT IS FURTHER ORDERED that the court will extend the following pretrial deadlines:

| | |
|---|---|
| Plaintiffs' deadline to respond to Defendant's Request for Production | **January 4, 2007** |
| Defendant's deadline to designate a ski safety rebuttal expert | **January 15, 2007** |
| Plaintiff's deadline to depose Defendant's ski safety rebuttal expert | **January 22, 2007** |

    IT IS FURTHER ORDERED that all discovery must be completed no later than **January 30, 2007**.

**DATED:**    November 22, 2006