**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 06-cv-00680-EWN-CBS** | **FTR**-Reporter Deck Courtroom A402 |
| **Date: January 9, 2007** | **Courtroom Deputy:** Bernique Abiakam |

| | |
|---|---|
| NANCY J. MORGAN, *et al.*, | James H. Chalat |
| | Christopher P. Koupal |
| **Plaintiff,** | |
| v. | |
| STEVE HAYNES, | Stephen J. Baity |
| **Defendant.** | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTIONS HEARING**

**Court in Session: 3:25 p.m.**

Court calls case.  Appearances of counsel.

Preliminary remarks by the Court.

| | |
|---|---|
| 3:26 p.m. | Argument by Mr. Chalat.  Questions by the Court. |
| 3:42 p.m. | Argument by Mr. Baity.  Questions by the Court. |
| 3:49 p.m. | Reply by Mr. Chalat.  Questions by the Court. |
| 3:56 p.m. | Argument by Mr. Koupal.  Questions by the Court. |
| 4:03 p.m. | Further argument by Mr. Chalat.  Questions by the Court. |
| 4:07 p.m. | Further argument by Mr. Baity.  Questions by the Court. |
| 4:14 p.m. | Further argument by Mr. Chalat.  Questions by the Court. |
| 4:22 p.m. | Further argument by Mr. Baity.  Questions by the Court. |

*06-cv-00680-EWN-CBS*
*Motions Hearing*
*January 9, 2007*

4:26 p.m.        Rulings by the Court.

**ORDERED:**    **Defendant shall not have any contact with the insurance company, Blue Cross Blue Shield, while the decision on Plaintiffs' Motion For Protective Order, RE: Plaintiff Nancy Morgan's Protected Health Information (Filed 12/22/06; Doc. No. 50) is still pending.**

**ORDERED:**    **Plaintiffs' Motion For Protective Order, RE: Plaintiff Nancy Morgan's Protected Health Information (Filed 12/22/06; Doc. No. 50) is taken UNDER ADVISEMENT.**

**ORDERED:**    **Counsel shall be allowed by submit simultaneous briefs, dealing with the Rule 26(c) issue, within 7 calendar days of today's date.**

4:29 p.m.        Further discussion of pending issues by counsel and the Court.

HEARING CONCLUDED.
**Court in Recess: 4:48 p.m.**
Total   In-Court Time:     01:23