## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.: 06-cv-00680-EWN-CBS** | **FTR**-Reporter Deck Courtroom A402 |
| **Date: March 1, 2007** | **Courtroom Deputy:** Ben Van Dyke |

NANCY J. MORGAN, *et al.*,                                   Christopher P. Koupal

    **Plaintiff,**

v.

STEVE HAYNES,                                                       Tasha J. Power

    **Defendant.**

---

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTIONS HEARING**
**Court in Session:      1:25 p.m.**
Court calls case. Appearance of counsel.

**ORDERED:** Defendant's Motion for Order Compelling Production of Medical Record [filed January 30, 2007; doc. 68] is denied without prejudice for the reasons stated on the record.

**ORDERED:** Plaintiffs' Motion for Protective Order, Re: Plaintiff Nancy Morgan's Protected Health Information [filed December 12, 2006; doc. 50] is granted subject to the following limitations. Defendant's counsel may communicate with Blue Cross Blue Shield via writing that is simultaneously faxed to plaintiffs' counsel. Defendant's counsel may not initiate oral communications with Blue Cross Blue Shield and shall immediately notify plaintiffs' counsel of any oral communications initiated by Blue Cross Blue Shield.

HEARING CONCLUDED.

**Court in Recess**:     2:30 p.m.
Total   In-Court Time:     01:05